IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN DOE, as Administrator/Executor of the Estate of James W. White; JON R. BECKENHAUER, as Trustee of the James W. White Revocable Trust dated 7/26/2011; JAMES M. WHITE, Individually and as Trustee of the James W. White Living Trust dated 7/02/2014; and ROZLYN WHITE HOESING,<br><br>　　　　　Defendants. | 8:24CV257<br><br>ORDER DISMISSING COUNTERCLAIM |

　　　This matter comes before the Court on Defendant Jon R. Beckenhaur's unopposed Motion to Dismiss Counterclaim, Filing No. 18. The Court, being advised in the premises, finds that such an Order is proper.

　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Jon R. Beckenhaur's counterclaim be dismissed without prejudice. All other claims remain pending before the Court.

　　　Dated this 16th day of September, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge
