IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>   vs.<br><br>JOHN DOE, as Administrator/Executor of the Estate of James W. White; JON R. BECKENHAUER, as Trustee of the James W. White Revocable Trust dated 7/26/2011; JAMES M. WHITE, Individually and as Trustee of the James W. White Living Trust dated 7/02/2014; and ROZLYN WHITE HOESING,<br><br>                Defendants. | **8:24CV257**<br><br>**MEMORANDUM AND ORDER** |

This matter comes before the Court on the parties' joint motion for distribution of interpleaded funds and stipulation for dismissal with prejudice. Filing No. 30. The parties have agreed that the previously interpleaded funds should be distributed in full to Defendant Jon R. Beckenhauer as Trustee of the James W. White Revocable Trust. Filing No. 30 at 1. The parties further agree that upon distribution of the funds, the case should be dismissed with prejudice. Accordingly,

IT IS ORDERED:

1. The parties' joint motion for distribution of interpleaded funds and stipulation for dismissal with prejudice, Filing No. 30, is granted.

2. The Clerk of the Court is to distribute the previously interpleaded funds in the amount of $1,075,926.09 plus all interest accrued after deposit to Defendant

1

   Jon R. Beckenhauer as Trustee of the James W. White Revocable Trust by EFT to Bowman & Krieger Trust Account, his attorney's trust account.

3. Counsel for Jon R. Beckenhauer shall complete an Internal Revenue Service Form W-9 and a Form AO213 and submit the completed forms to the Clerk of the Court.

4. Upon receipt of such completed forms, the Clerk of the Court shall distribute said funds via EFT to Jon R. Beckenhauer c/o Bowman & Krieger Trust Account.

5. Following disbursement of the funds, the Court will dismiss this case with prejudice.

Dated this 15th day of January, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge